UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| C DUGAS | : | DOCKET NO. 6:22-cv-04648 |
| VERSUS | : | JUDGE JAMES D CAIN, JR. |
| ALLSTATE VEHICLE & PROPERTY INSURANCE CO, ET AL | : | MAGISTRATE JUDGE KAY |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. #17], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that C Dugas's voluntary motion to dismiss without prejudice [doc. #16] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 5th day of December, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE